IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DAVIS, | No. 2:15-CV-2027-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. REAMES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 9) for leave to file an amended complaint. Because no defendants have been served, leave to amend is unnecessary. See Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's first amended complaint has been filed and will be addressed by separate order. Plaintiff's motion for leave to amend is denied as unnecessary.

IT IS SO ORDERED.

DATED: February 22, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1