IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DAVIS, | No. 2:15-CV-2027-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. REAMES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are the following: (1) plaintiff's document entitled "Motion: To File First Amendment Complaint with Demands for Jury Trial" (Doc. 17); (2) plaintiff's document entitled "Motion: To File 1st Amendment Complaint" (Doc. 18); and (3) plaintiff's document entitled "Amended Complaint" (Doc. 19).

To the extent plaintiff seeks leave of court to file an amended complaint, plaintiff's motions will be denied as unnecessary. On February 10, 2016, the court dismissed plaintiff's first amended complaint with leave to amend and directed plaintiff to file a second amended complaint within 30 days. On June 6, 2017, the court extended the deadline to file a second amended complaint an additional 30 days. Because plaintiff has already been directed to

1

file an amended complaint, further leave of court is not necessary.

Two of plaintiff's filings appear to be plaintiff's response to the court's February 10, 2016, order to file a second amended complaint. Specifically, Doc. 18 consists of a district court form prisoner civil rights complaint and a number of attached documents. The document also appears to outline various claims against the defendants named in this action. Doc. 19 is a hand-written document outlining additional allegations against the three named defendants. Because an amended complaint must be complete in itself without reference to a prior complaint or other pleadings, see Local Rule 220, the court will direct plaintiff to file a single second amended complaint incorporating all of his allegations against defendants Reames, Macias, and Cox. Plaintiff is again cautioned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file an amended complaint (Docs. 17 and 18) is denied as unnecessary; and

2. Plaintiff shall file a single second amended complaint within 30 days of the date of this order.

DATED: June 27, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE