IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHARN DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. REAMES, et al.,<br><br>        Defendants. | No. 2:15-CV-2027-JAM-CMK-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On March 16, 2018, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2018, are adopted in full;

2. Defendant Cox is dismissed from this action for failure to state a claim; and

3. This action shall proceed as against defendants Macias and Reames only.

DATED: August 15, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE