IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHAWN DAVIS,   No. 2:15-CV-2027-JAM-CMK-P

    Plaintiff,

  vs.   ORDER

D. REAMES, et al.,

    Defendants.

/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 36) to strike plaintiff's surreply. Defendants' motion is granted because the court has not granted leave for plaintiff to file additional briefing beyond his opposition to defendants' motion to revoke plaintiff's in forma pauperis status, and the rules do not provide for such additional filings.

    IT IS SO ORDERED.

DATED: August 15, 2018

                                               /s/ Craig M. Kellison
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE

1